THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE McDERMOTT, | CASE NO. C19-0714-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| POSTMASTER GENERAL, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for consolidation (Dkt. No. 8) and motion for relief from judgment (Dkt. No. 9). Both motions are DENIED.

Regarding the motion for consolidation, Plaintiff cannot just ask this Court to search his extensive litigation history, assess what cases are still active, and consolidate those cases. He must seek individualized relief in each of his cases, and if he wants to consolidate this case into another, he must clearly identify which case he wants to consolidate this case into. The motion for consolidation (Dkt. No. 8) is DENIED.

Regarding the motion for relief from judgment (Dkt. No. 9), no judgment has been entered in this case. And this Court cannot alter judgment in another case. The motion for relief from judgment (Dkt. No. 9) is DENIED.

MINUTE ORDER
C19-0714-JCC
PAGE - 1

1     DATED this 27th day of August 2019.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk

MINUTE ORDER
C19-0714-JCC
PAGE - 2