THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE P. MCDERMOTT, | CASE NO. C19-0714-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MEGAN BRENNAN, United States Postmaster General, and UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 41). Motions for reconsideration are generally disfavored. W.D. Wash. Local Civ. R. 7(h)(1). Reconsideration is appropriate only where there is "manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." *Id.* Plaintiff's motion reiterates arguments that the Court previously rejected and raises new arguments that Plaintiff could have brought earlier. (*See generally* Dkt. Nos. 39, 41.) These arguments do not warrant reconsideration of the Court's prior decision. *See* W.D. Wash. Local Civ. R. 7(h)(1). Accordingly, the Court DENIES Plaintiff's motion for reconsideration (Dkt. No. 41).

MINUTE ORDER
C19-0714-JCC
PAGE - 1

1

DATED this 24th day of August 2020.

2

William M. McCool
Clerk of Court

3

4

s/Tomas Hernandez
Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C19-0714-JCC
PAGE - 2